# United States Bankruptcy Court

For The
Eastern District of North Carolina Fayetteville Division

SHIRLEY MAE KING WILSON  
2120 CALIFORNIA DRIVE  
LUMBERTON, NC 28358

Case No.: 17-06040-5-PWM  
SS #1: XXX-XX-7159

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. 12 | DAY 12 | YR. 17 | | The Plan was confirmed on | MO. 09 | DAY 19 | YR. 18 | | The Case was concluded on | MO. 10 | DAY 06 | YR. 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.   $  97,112.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| SHIRLEY MAE KING WILSON | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| HYUNDAI CAPITAL AMERICA-D | 010 | Secured | 17,789.67 | 17,789.67 | 3,055.50 | 0.00 |
| THE BANK OF NEW YORK | 800 | Secured | 45,124.17 | 45,124.17 | 0.00 | 0.00 |
| REDBRICK FINANCIAL GROUP | 820 | Secured | 10,796.32 | 10,796.32 | 1,715.65 | 0.00 |
| ROBESON COUNTY TAX COLLEC | 013 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| ROBESON COUNTY TAX COLLEC | 014 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| ROLLINS ACCEPTANCE CO | 015 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| CT LIEN SOLUTIONS | 005 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| GREENSKY | 007 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| SHAPIRO & INGLE, LLP | 016 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| GEORGIA DEPT OF REVENUE | 006 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 008 | Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN T ORCUTT | 009 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| ALLSTATE | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA, N.A. | 003 | Unsecured | 7,312.03 | 7,312.03 | 0.00 | 0.00 |
| ORKIN PEST CONTROL | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| JEFFERSON CAPITAL SYSTEMS | 012 | Unsecured | 2,106.89 | 2,106.89 | 0.00 | 0.00 |
| TIME INVESTMENT CORPORATI | 018 | Unsecured | 1,475.31 | 1,475.31 | 0.00 | 0.00 |
| VECTOR SECURITY | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| STATE OF NORTH CAROLINA | 017 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| US ATTORNEY'S OFFICE | 020 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| U S ATTORNEY'S OFFICE | 019 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| VIVINT | 022 | DirectPay | 0.00 | 0.00 | 0.00 | Not Filed |
| REDBRICK FINANCIAL GROUP | 820 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | 008 | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |

# United States Bankruptcy Court

For The
Eastern District of North Carolina Fayetteville Division

SHIRLEY MAE KING WILSON  
2120 CALIFORNIA DRIVE  
LUMBERTON, NC 28358

Case No.: 17-06040-5-PWM  
SS #1: XXX-XX-7159

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 12 | 12 | 17 | The Plan was confirmed on | | 09 | 19 | 18 | The Case was concluded on | | 10 | 06 | 22 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.        $ 97,112.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| SHIRLEY MAE KING WILSON | 999 | Refund | 1,427.50 | 1,427.50 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 73,710.16 | 0.00 | 10,894.23 | 0.00 | 1,427.50 | 86,031.89 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 73,710.16 | 0.00 | 10,894.23 | 0.00 | 1,427.50 | 86,031.89 | |
| INTEREST PAID | 4,771.15 | 0.00 | 0.00 | 0.00 | 0.00 | 4,771.15 | 90,803.04 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| MATTHEW SCHMIDT FOR LOJTO | 2,450.00 | 2,450.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 3,197.05 | 661.91 | 0.00 | 3,858.96 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 12/20/2022

Joseph A. Bledsoe, III, Chapter 13 Trustee  
P.O. Box 1618  
New Bern, NC  28563